AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Jul 22 2024
ARTHUR JOHNSTON, CLERK

United States of America )
v. )
BENITO JAVIER SAMANIEGO-MUNOZ )
)  Case No: 1:23cr45HSO-BWR-001
)  USM No: 22828-380
Date of Original Judgment:  07/18/2023 )
Date of Previous Amended Judgment: _____  )  Abby Brumley Edwards
*(Use Date of Last Amended Judgment if Any)*           Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/18/2023  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/22/2024

Effective Date: 7/22/2024
*(if different from order date)*

_____
Judge's signature

The Honorable Halil Suleyman Ozerden, U.S. District Judge
Printed name and title